**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JOHN BURDA,** | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:10-cv-00985 |
| | ) Judge Campbell |
| **DAVID SEXTON, WARDEN,** | ) ) |
| Respondent. | ) |

# O R D E R

The respondent has filed a "Motion to Allow Manual Filing" (Docket No. 11) of the exhibits admitted at trial and at the petitioner's sentencing hearing in the state court proceedings in this case. Included in the exhibits are several allegedly explicit images. The respondent's motion is hereby **GRANTED**. The respondent shall file the exhibits manually, under seal, within seven (7) days of the entry of this order.

It is so **ORDERED**.

Todd J. Campbell
United States District Judge