UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN BURDA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:10-cv-00985 |
| ) | Judge Campbell |
| DAVID SEXTON, WARDEN, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

The court is in receipt of a letter from the petitioner (Docket No. 20) dated January 26, 2011, in which the petitioner requests information regarding the status of his case, as well as documentation that his filings have been received by the court. The Clerk is directed to send the petitioner a copy of the docket sheet in his case.

The petitioner also requests a packet of materials for filing a civil rights action under 42 U.S.C. § 1983. The Clerk is directed to send the petitioner the requested materials, as well as a blank application to proceed *in forma pauperis*, for the petitioner's convenience.

It is so **ORDERED**.

_____
Todd J. Campbell
United States District Judge